# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2285
_____

THE SURGICAL CENTER FOR
EXCELLENCE, LLLP,

    Appellant,

    v.

MICHAEL D. GILMORE, MD,
GATOR SAFETY, LLC, GULF
COAST SURGICAL MANAGEMENT,
INC., DANIEL C. DAUBE, JR., MD,
ANDREW D. MCALLISTER, DO,
and AMANDA BROWN, CRNA,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

December 13, 2024

PER CURIAM.

    DISMISSED.

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erik E. Hawks of Hawks Law Group, Orlando; Stephen A. Ecenia of Rutledge Ecenia, P.A., Tallahassee, for Appellant.

Mark S. Thomas of Thomas Health Law Group, PA, Gainesville, and Gillis E. Powell, Jr., of Powell, Powell & Powell Law Firm, PA, Crestview for Appellee Gator Safety, LLC.